[L. A. No. 1822.   Department Two.—May 13, 1907.]

## SAN DIEGO REALTY COMPANY, Respondent, v. A. F. CORNELL et al., Appellants.

TAXATION—VOID DESCRIPTION OF PROPERTY—INJUNCTION TO RESTRAIN DEED TO STATE—PAYMENT OF TAX AS CONDITION TO INJUNCTION.— In an action for an injunction to restrain county officers from executing a deed to the state for unpaid taxes based upon an assessment which was void for insufficiency of description of the land assessed, the complaint, in order to warrant the granting of the injunction, must tender payment of the taxes justly due.

APPEAL from a judgment of the Superior Court of San Diego County.   E. S. Torrence, Judge.

The facts are stated in the opinion of the court.

Cassius Carter, District Attorney, and Albert Schoonover, for Appellants.

Collier, Smith & Holcomb, for Respondent.

THE COURT.—This case is in all respects like *Couts* v. *Cornell*, 147 Cal. 560, [109 Am. St. Rep. 168, 82 Pac. 194]. There was no offer or tender of the amount of taxes justly due. It differs in this respect from the cases numbered L. A. 1805, *ante*, p. 197, and L. A. 1709, 150 Cal. 637, [89 Pac. 603], and the other cases decided upon their authority.

The judgment in this case must be reversed, with directions to the trial court to permit a proper amendment to plaintiff's complaint if plaintiff should be so advised.